```
_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED
```

NOV 27 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

The Honorable James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ18- **544** |
| Plaintiff, | **COMPLAINT for VIOLATION** |
| v. | 18 U.S.C. § 2251(a), (e) |
| | 18 U.S.C. § 2252(a)(2), (b)(1) |
| TIMOTHY ROSS SMITH, | |
| Defendant. | |

BEFORE, The Honorable James P. Donohue, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

## COUNT 1

### (Production of Child Pornography)

Beginning at a time unknown, but no later than December 2017, at Sumas, within the Western District of Washington, and elsewhere, the Defendant, TIMOTHY ROSS SMITH, did knowingly employ, use, persuade, induce, entice, and coerce MV1, a minor, to engage in sexually explicit conduct, and attempted to do so, for the purpose of producing a visual depiction of such conduct using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including computer.

COMPLIANT/SMITH - 1
USAO-2018R01264

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

All in violation of Title 18, United States Code, Section 2251(a), (e).

## COUNT 2

### (Distribution of Child Pornography)

Beginning on a date unknown, but no later than December 2017, at Sumas, within the Western District of Washington, and elsewhere, the Defendant, TIMOTHY ROSS SMITH, did knowingly distribute, and attempt to distribute, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct, using any means and facility of interstate and foreign commerce and which images had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252(a)(2), (b) (1).

And the Complainant states that this Complaint is based on the following information:

I, Jesse Miller, being first duly sworn on oath, depose and say:

## I. INTRODUCTION

1. I am a Special Agent with the U.S. Department of Homeland Security, Homeland Security Investigations (HSI), assigned to the Assistant Special Agent in Charge (ASAC) Blaine, Washington, field office. I have been employed as an HSI Special Agent since 2001. In my capacity as a Special Agent, I am responsible for conducting investigations into the numerous federal laws enforced by HSI. Since 2018, I have investigated criminal violations relating to child exploitation and child pornography, including violations pertaining to the unlawful production, importation, distribution, receipt, attempted receipt, and possession of child pornography and material involving the sexual exploitation of minors in violation of 18 U.S.C. §§ 2251, 2252(a), and 2252A(a). I am a graduate of the Federal Law Enforcement Training Center (FLETC), HSI (formally known as the U.S. Customs Service) Special Agent Training Program and have received further specialized training in investigating child pornography and child exploitation crimes. My training included courses in law enforcement techniques, federal

COMPLIANT/SMITH - 2
USAO-2018R01264

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 criminal statutes, conducting criminal investigations, and the execution of search
2 warrants. I have participated in the execution of many search warrants which involved
3 child exploitation and/or child pornography offenses and the search and seizure of
4 computers and other digital devices. I am a member of the Internet Crimes Against
5 Children (ICAC) Task Force in the Western District of Washington, and work with other
6 federal, state, and local law enforcement personnel in the investigation and prosecution of
7 crimes involving the sexual exploitation of children

       2.     As further detailed below, based on my investigation and the investigation of other law enforcement officers, I believe there is probable cause to conclude that TIMOTHY ROSS SMITH has committed the offenses charged in Count 1 and Count 2 of this Complaint—namely, production of child pornography in violation of 18 U.S.C. § 2251(a), (e) and distribution of child pornography in violation of 18 U.S.C. § 2252(a)(2), (b)(1).

       3.     The facts set forth in this complaint are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience.

       4.     Because this complaint is offered for the limited purpose of establishing probable cause, I list only those facts that I believe are necessary to support such a finding. I do not purport to list every fact known to me or others because of this investigation.

## II. SUMMARY OF INVESTIGATION

       5.     In October 2018, Homeland Security Investigations (HSI) Blaine, Washington, received the Chelan County Sheriff's Office investigative reports, information, and evidence regarding TIMOTHY ROSS SMITH. A review of the information and evidence revealed that TIMOTHY ROSS SMITH was producing child

COMPLIANT/SMITH - 3
USAO-2018R01264

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

pornography involving his six-year-old daughter (hereafter MV1) and distributing the child pornography files of MV1 to an individual named R.S. of Chelan, Washington, via cellular phone.

6. In August 2017, the Chelan County Sheriff's Office received information from the Pittsfield Police Department located in Massachusetts. The information revealed that R.S. attempted to obtain nude pictures of a Pittsfield, MA couple's three-month-old infant daughter via text message. At the time, R.S. was posing as a thirty-three-year-old female babysitter and had responded to the couple's advertisement for a babysitter. The couple reported R.S. to the Pittsfield Police Department, who in turn notified the Chelan County Sheriff's Office.

7. On November 26, 2017, Chelan County Deputy Sheriff J. Mathena interviewed R.S. concerning his attempts to obtain child pornography. Following advisement and waiver of his constitutional rights, R.S. admitted to conversing via text message with the Pittsfield couple and posing as a female babysitter. R.S. disclosed that he responded to another babysitting advertisement from Seattle Craigslist and was communicating with an individual later identified as TIMOTHY ROSS SMITH via text message. R.S. reported that he portrayed himself as an adult female in his communications with TIMOTHY ROSS SMITH and received nude photos and videos of a minor female child from TIMOTHY ROSS SMITH via text message.

8. On November 28, 2017, Deputy Sheriff J. Mathena obtained a Washington State search warrant for R.S.'s Samsung cellular phone. A subsequent forensic review of R.S.'s cellular phone revealed R.S. had extensive text conversations, starting on October 2, 2017, with "Tim" on a cellular phone number ending in 3240. Deputy Sheriff J. Mathena subsequently identified "Tim" as TIMOTHY ROSS SMITH by checking phone number ending in #3240 on a law enforcement database. Deputy Sheriff J. Mathena confirmed MV1's identity via photos posted on TIMOTHY ROSS SMITH's Facebook page and through confirmation with employees at MV1's elementary school. Forensic examination of the Samsung cellphone confirmed that throughout most of November

COMPLIANT/SMITH - 4
USAO-2018R01264

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  2017, R.S. requested photos of MV1 and TIMOTHY ROSS SMITH provided the
2  photos/videos by cellular phone.
3    9. The following files were recovered during the forensic examination of
4  R.S.'s Samsung cellular phone, and were sent by TIMOTHY ROSS SMITH via cellular
5  phone number ending in #3240:
6      i. November 8, 2017, at 7:11 p.m. PST:  This video with audio
7  is 53 seconds in length and depicts MV1 taking a shower while standing up.  MV1 is
   nude and can be seen washing her body throughout the video.  The video is taken from
8  the perspective of TIMOTHY ROSS SMITH, who can be heard giving instructions to
9  MV1 about washing.  MV1 does appear to know she is being recorded.
10      ii. November 19, 2017, at 7:50 p.m. PST:  This video with audio
11  is 31 seconds in length and depicts MV1 laying nude on the floor.  MV1's legs are
    spread open and her vagina is exposed to the camera.  The video is taken from the
12  perspective of TIMOTHY ROSS SMITH.  MV1 does appear to know she is being
13  recorded.
14    10. On January 12, 2018, TIMOTHY ROSS SMITH was arrested in Sumas,
15  Washington, pursuant to a Washington State arrest warrant for violation of RCW
16  9.68A.040 Sexual Exploitation of a Minor – Domestic Violence and RCW 9.68A.050
17  Dealing in Depictions of Minors Engaged in Sexually Explicit Conduct in the Second
18  Degree.  Following advisement and waiver of his constitutional rights, TIMOTHY ROSS
19  SMITH confessed to sending images/videos of MV1 to R.S. during the interview with
20  Chelan County Deputy Sheriff's J. Mathena and B. Long.
21    11. At the time of TIMOTHY ROSS SMITH's arrest, Deputy Sheriff J.
22  Mathena seized a LG cellular phone from TIMOTHY ROSS SMITH's vehicle pursuant
23  to a consent search of the vehicle by TIMOTHY ROSS SMITH.  Deputy Sheriff J.
24  Mathena's state search warrant for TIMOHTY ROSS SMITH's residence also included a
25  cell phone with the phone number ending in #3240.  Deputy Sheriff J. Mathena verified
26  the LG phone recovered from TIMOTHY ROSS SMITH's vehicle was the phone ending
27  in #3240.  A forensic review of the LG phone was conducted, pursuant to the state search
28  warrant.  I know based upon training and experience that LG cellular phones are not

COMPLIANT/SMITH - 5
USAO-2018R01264

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

entirely manufactured within the State of Washington. On February 28, 2018, Deputy Sheriff J. Mathena reviewed the forensic examination results and located fifty-five photos depicting MV1, approximately five videos depicting MV1, and text messages between TIMOTHY ROSS SMITH and R.S. from the LG cellphone. One image recovered depicted MV1 nude in the shower. Another image depicted MV1 lying nude on the floor with her legs spread open, exposing her vagina. Deputy Sheriff J. Mathena recognized the same files from TIMOTHY ROSS SMITH'S LG cellular phone depicting MV1 were the same files located on R.S.'s cellular phone.

### III. CONCLUSION

12. Based on the above facts, I believe that there is probable cause to conclude that TIMOTHY ROSS SMITH committed the offenses charged in this Complaint.

JESSE MILLER, Complainant,
Special Agent
Department of Homeland Security
Homeland Security Investigations

The above-named agent provided a sworn statement attesting to the truth of the contents of the foregoing affidavit and complaint the Court hereby finds that there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

DATED this 27th day of November 2018.

James P. Donohue
United States Magistrate Judge

COMPLIANT/SMITH - 6
USAO-2018R01264

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970